Form 3-1

**FORM 3**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| EUROCHEM NORTH AMERICA CORPORATION,<br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br>                    Defendant. | **SUMMONS**<br><br>**Court No. 21-222** |

**TO:**    The Attorney General and the United States International Trade Commission

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                                       /s/ **Mario Toscano**
                                                                       Clerk of the Court

**1.    Name and standing of plaintiff**

Plaintiff is an interested party, as defined in 19 U.S.C. § 1677(9)(A), who actively participated in the contested investigation.  Plaintiff is a United States importer and wholesaler of phosphate fertilizers that were the subject of the investigation leading to the final determination being contested.

**2.    Brief description of contested determination**

Plaintiff is contesting the final determination of the U.S. International Trade Commission in its investigation of *Phosphate Fertilizers from the Kingdom of Morocco and Russian Federation*, Inv. No. 701-TA-650-651 (Final), which led to the issuance of a countervailing duty order by the U.S. Department of Commerce.  See *Phosphate Fertilizers from Morocco and Russia*, 86 Fed. Reg. 17,642 (Int'l Trade Comm'n Apr. 5, 2021) ("Final Determination"); *see also Phosphate Fertilizers From the Kingdom of Morocco and the Russian Federation: Countervailing Duty Order*, 86 Fed. Reg. 18,037 (Int'l Trade Admin. Apr. 7, 2021) ("CVD Order").

**3.    Date of determination**

The Commission issued its *Final Determination* on March 31, 2021.

Form 3-2

**4.    If applicable, date of publication in *Federal Register* of contested determination**

The Commission's *Final Determination* was published in the Federal Register on April 5, 2021.  *Final Determination*, 86 Fed. Reg. 17,642.  Commerce published the CYD Order on April 7, 2021.  *CVD Order*, 86 Fed. Reg. 18,037.


/s/ Jeremy W. Dutra
Signature of Plaintiff's Attorney

May 6, 2021
Date

Peter Koenig
Jeremy W. Dutra

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
(202) 626-6600
peter.koenig@squirepb.com
jeremy.dutra@squirepb.com

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
26 Federal Plaza
Room 346, Third Floor
New York, NY 10278


Supervising Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044


The Honorable Lisa R. Burton
Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20486