# UNITED STATES COURT OF INTERNATIONAL TRADE
## Honorable Stephen Alexander Vaden

Status Conference

**21-00219 (SAV) OCP S.A. v. United States**
Jurisdiction: 1581(c)

and

**21-00222 (SAV) EuroChem North America v. United States**
Jurisdiction: 1581(c)

**Tuesday, August 24, 2021 @ 2:30 P.M.**
**Courtroom 1 and Webex**

Appearance Sheet

| Party | Counsel | Method |
|---|---|---|
| OCP, S.A. (Plaintiff) | James (Jay) Smith | In-person |
| | Shara Aranoff | Webex |
| | Victor Ban | Webex |
| PhosAgro PJSC (Plaintiff-Intervenor) | Jared Wessel | Webex |
| International Raw Materials (Plaintiff-Intervenor) | Paul Rosenthal | Webex |
| | Melissa Brewer | |
| Koch Fertilizer (Plaintiff-Intervenor) | Ken Weigel | Webex |
| EuroChem North America (Plaintiff-Intervenor) | Jeremy Dutra | In-person |
| United States (Defendant) | Andrea Casson | In-person |
| The Mosaic Company (Defendant-Intervenor) | Stephanie Hartmann | In-person |
| | David Ross | Webex |
| | Patrick McLain | Webex |
| J.R. Simplot Company (Defendant-Intervenor) | Jamieson Greer | Webex |
| | Stephen Vaughn | |